# Order

Michigan Supreme Court
Lansing, Michigan

October 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152841

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                         SC: 152841
                                                          COA: 322179
                                                          Genesee CC: 13-033536-FC

DEON JEFFERSON JOHNSON,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 22, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Comer* (Docket No. 152713) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016

Clerk

a0928